**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BIDMYCRIB LLC, d/b/a BidMyCrib.com, individually and on behalf of all others similarly situated, | )<br>)<br>)   Case No. 11-cv-08647<br>) |
| Plaintiff, | )   Hon. Joan H. Lefkow<br>)<br>)   Magistrate Judge Cole |
| v. | )<br>) |
| GROUPON INC., | )<br>) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT
TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

Plaintiff, BidMyCrib LLC, by its undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action, without prejudice, against Defendant, Groupon, Inc.

Dated: January 4, 2012

Respectfully submitted,

**WOLF HALDENSTEIN ADLER
FREEMAN &HERZ LLC**

By: /s/ Adam J. Levitt
Adam J. Levitt (ARDC #6216433)
Edmund S. Aronowitz (ARDC #6304587)
55 West Monroe Street, Suite 1111
Chicago, Illinois  60603
Tel: 312-984-0000
Fax: 312-984-0001
levitt@whafh.com
aronowitz@whafh.com

Joseph J. Siprut (ARDC #6279813)
Aleksandra M. S. Vold (ARDC #6304058)
**SIPRUT PC**
122 South Michigan Avenue, Suite 1850
Chicago, Illinois  60603
Telephone: (312) 588-1440
Facsimile: (312) 427-1850
jsiprut@siprut.com
avold@siprut.com

4811-4444-2382, v.  1

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Dismissal Without Prejudice** was filed this 4th day of January, 2012, via the electronic filing system of the Northern District of Illinois, which will automatically serve all counsel of record.

/s/ Joseph J. Siprut_____