**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

BIDMYCRIB LLC
                               Plaintiff,

v.                                   Case No.: 1:11–cv–08647
                                                            Honorable Joan H. Lefkow

Groupon, Inc.
                               Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 9, 2012:

      MINUTE entry before Honorable Joan H. Lefkow:Pursuant to Notice of Voluntary Dismissal [17], pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, case dismissed without prejudice, against Defendant, Groupon, Inc. Status hearing of 2/2/2012 stricken. Civil case terminated. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.